IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED ASSOCIATION OF THE PLUMBING AND PIPE FITTING INDUSTRY OF UNITED STATES AND CANADA, LOCAL NO. 360, | ) ) ) ) | |
| | ) | |
| and | ) | Case No. |
| | ) | |
| DONALD DeGONIA, ERIC GILLAN, MARK EHRET, SR., and BRIAN RUFFINI, in their representative capacities as Trustees of the PLUMBERS LOCAL NO. 360 PENSION FUND, PLUMBERS LOCAL NO. 360 SUPPLEMENTAL PENSION FUND, PLUMBERS LOCAL NO. 360 HEALTH AND WELFARE FUND, and PLUMBERS LOCAL NO. 360 VACATION FUND, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| KENT DICKEMANN, ROBIN ADAIR, DONALD DEGONIA, JEFF DAVIS, KEVIN NENNINGER, MARK EHRET and ERIC GILLAN, in their representative capacities as Trustees of the PLUMBERS LOCAL NO. 360 JOINT APPRENTICESHIP AND TRAINING PROGRAM TRUST, | ) ) ) ) ) ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| EAST SIDE PLUMBING AND HEATING CONTRACTORS INDUSTRY ADVANCEMENT FUND, | ) ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| GREAT SOUTH-WESTERN PLUMBING, HEATING, COOLING, MECHANICAL CONTRACTORS—U.A. SAFETY, EDUCATION & TRAINING TRUST FUND, | ) ) ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| GREAT SOUTH-WESTERN PLUMBING, HEATING, COOLING, MECHANICAL | ) ) | |

CONTRACTORS SUBSTANCE ABUSE POLICY )
TRUST FUND,                         )
                                    )
         Plaintiffs,                )
                                    )
v.                                  )
                                    )
HUBERT PLUMBING & HEATING CO., INC., )
an Illinois corporation,            )
                                    )
         Defendant.                 )

## **COMPLAINT**

Come now plaintiffs, by and through their attorneys, and for their cause of action against defendant and state:

1.    Jurisdiction of the cause of action and the parties hereto is conferred upon this Court by subsections (a), (b) and (c) of Section 301 of the Labor Management Relations Act of 1947, as amended, 29 U.S.C. Section 185 (hereinafter referred to as the "LMRA"), and Sections 502(e)(1) and (f) of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. Sections 1132 (e)(1) and (f) (hereinafter referred to as "ERISA"). Venue in this Court is appropriate by virtue of 29 U.S.C. Section 1132 (e) (2).

2.    Plaintiff United Association of the Plumbing and Pipe Fitting Industry of the United States and Canada, Local No. 360 ("the Union") is a "labor organization" within the meaning of Section 2(5) of the National Labor Relations Act ("NLRA"), 29 U.S.C. §152(5), representing employees in an industry affecting commerce within the meaning of Section 301 of the LMRA, 29 U.S.C. §185, and is an "employee organization" within the meaning of Section 3(4) of ERISA, 29 U.S.C. §1002(4), and maintains its principal offices within this judicial district.

3.      Plaintiffs Plumbers Local No. 360 Pension Fund (hereinafter referred to as the "Pension Fund"), Plumbers Local No. 360 Supplemental Pension Fund (hereinafter referred to as the "Supplemental Pension Fund"), Plumbers Local 360 Health and Welfare Fund (hereinafter referred to as the "Welfare Fund"), Plumbers Local 360 Vacation Fund (hereinafter referred to as the "Vacation Fund"), and Plumbers Local 360 Joint Apprenticeship and Training Program Trust (hereinafter referred to as the "Apprenticeship Fund"), hereinafter collectively referred to as the "Trust Funds," are employee benefit plans created in accordance with the provisions of Section 302(c)(5) and (c)(6) of the LMRA, 29 U.S.C. Sections 186(c)(5) and (c)(6).  The Trust Funds were established under various written agreements among the Great South-Western Illinois Association of Plumbing-Heating-Cooling-Mechanical Contractors and the Union for the purpose of providing employee benefits for employees working within the collective bargaining jurisdiction of the Union.  The Trust Funds are employee benefit plans within the meaning of Sections 3(3) and (4)(a) of ERISA, 29 U.S.C. Section 1002(3) and 1003(a), and are multiemployer plans within the meaning of Section 515 of ERISA, 29 U.S.C. Section 1145.  The Trust Funds are administered from offices located at 5 Meadow Heights Professional Park, Collinsville, Illinois, within this judicial district.

4.      Plaintiffs Donald DeGonia, Eric Gillan, Mark Ehret, Sr. and Brian Ruffini are the trustees of the Plumbers Local No. 360 Pension, Supplemental Pension, Welfare and Vacation Funds, Kent Dickemann, Robin Adair, Donald DeGonia, Mark Ehret, Sr., Jeff Davis, Kevin Nenninger and Eric Gillan are the trustees of the Plumbers Local No. 360 Joint Apprenticeship and Training Fund, and as such, are fiduciaries within the meaning of Sections 502 (a)(3) and (g)(1) of ERISA, 29 U.S.C. Sections 1132(a)(3) and 1132(g)(1).

5.    Plaintiffs East Side Plumbing and Heating Contractors Industry Advancement Fund (the "Industry Advancement Fund"), Great South-Western Illinois Association of Plumbing, Heating, Cooling, Mechanical Contractors—U.A. Safety Education & Training Fund ("SET Fund"), and Great South-Western Illinois Association of Plumbing, Heating, Cooling, Mechanical Contractors Substance Abuse Policy Trust Fund ("SAPT Fund") were at all times hereinafter mentioned not-for-profit unincorporated associations under the laws of the State of Illinois.

6.    Defendant Hubert Plumbing & Heating Co., Inc. is an Illinois corporation which is located within this judicial district and is an employer within the meaning of Section 2(2) of the LMRA, 29 U.S.C. Section 152(2), and within the meaning of Section 3(5) of ERISA, 29 U.S.C. Section 1002(5).  Defendant is engaged in commerce and activities affecting commerce as defined in Sections 3(11) and 3(12) of ERISA, 29 U.S.C. Sections 1102(1) and 1102(2).

7.    Defendant and Union have been parties to collective bargaining agreements at all times relevant hereto.

8.    Acting pursuant to the above-referenced collective bargaining agreements, the Union and defendant adopted and ratified various Trust Agreements relating to the Trust Funds.

9.    Under the terms of the collective bargaining agreements, defendant was required to make contributions to the Trust Funds, the Industry Advancement Fund, the SET Fund, and the SAPT Fund pursuant to the formulae set forth therein, to remit union dues to the Union, and to file monthly contribution report forms.

10.    The collective bargaining agreements and Trust Agreements to which defendant is bound authorize the plaintiffs to conduct a financial examination of defendant's books and

records to determine the full amounts owed.

11. Plaintiffs cannot ascertain the exact amount due without a financial examination of defendant.

12. By the terms of the Trust Agreements to which defendant is bound, defendant has agreed to pay liquidated damages, interest, court costs, and attorneys' fees in actions such as this to collect delinquent contributions.

13. Section 502(g) of ERISA, 29 U.S.C. Section 1132(g), provides that in an action such as this to enforce 29 U.S.C. Section 1145, the Court shall award the unpaid contributions, interest on the unpaid contributions, liquidated damages in an amount equal to the interest or in the amount set forth in the plan, and reasonable attorneys' fees and costs.

14. Defendant has failed and refused to submit fringe benefit contributions due.

WHEREFORE, plaintiffs pray the Court as follows:

1. For an interlocutory order of accounting requiring defendant to submit its books and records for a financial examination to an accountant selected by plaintiffs to determine the amounts owed to plaintiffs;

2. For a judgment against defendant based upon the findings of the financial examination;

3. For an order requiring defendant to make payments in the future in accordance with the terms and provisions of the collective bargaining agreement and such collective bargaining agreement as may be negotiated and executed in the future;

4. For interest, liquidated damages, accounting fees, costs and reasonable attorneys' fees pursuant to 29 U.S.C. § 1132(g);

5.      For such other and further relief as the Court may consider appropriate under the circumstances.

Respectfully submitted,

HAMMOND and SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri  63131
Tel:  (314) 727-1015
Fax:  (314) 727-6804

/s/ Greg A. Campbell
GREG A. CAMPBELL, 2774
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was mailed, by certified mail, return receipt requested, to the Secretary of Labor, United States Department of Labor, P.O. Box 1914, Washington, D.C. 20013 and to the Secretary of Treasury, United States Treasury, 15th and Pennsylvania Avenue, Washington, D.C. 20220, on September 2, 2021.

/s/ Greg A. Campbell

-6-